**Electronically Filed
Supreme Court
SCWC-14-0001053
13-JUN-2017
01:16 PM**

SCWC-14-0001053

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellee,

vs.

TANNER KEAWE AYAU,
Respondent/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001053; CASE NO. 3DTC-14-050186)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee State of Hawaii's application for writ of certiorari filed on May 10, 2017, is hereby rejected.

DATED: Honolulu, Hawai'i, June 13, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

